DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**J. VANCE BRINKERHOFF** and **VANESSA BRINKERHOFF,**
Appellants,

v.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION,**
Appellee.

No. 4D17-2079

[October 5, 2017]

Appeal of non-final order from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Paul B. Kanarek, Judge; L.T. Case No. 2015CA000105.

C. Douglas Vitunac of Collins, Brown, Barkett, Garavaglia & Lawn, Chartered, Vero Beach, for appellant.

Charles P. Gufford of McCalla Raymer Liebert Pierce, LLC, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***